1  ERIC GRANT
   United States Attorney
2  ROBERT C. ABENDROTH
   NICOLE M. VANEK
3  Assistant United States Attorney
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone:  (916) 554-2700
5  Facsimile:   (916) 554-2900

```
FILED

Dec 11, 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
```

6
   Attorneys for Plaintiff
7  United States of America

8
              IN THE UNITED STATES DISTRICT COURT
9
              EASTERN DISTRICT OF CALIFORNIA
10

11 IN THE MATTER OF THE SEARCH OF:        [PROPOSED] ORDER FOR UNSEALING OF
                                          SEARCH WARRANTS AND SEARCH
12                                        WARRANT AFFIDAVITS

13

14 2019 HAMMONTON-SMARTSVILLE
   ROAD, SPACE 51, MARYSVILLE, CA         2:25-SW-0881-SCR
15
   554 WASHINGTON AVENUE, YUBA
16 CITY, CA                               2:25-SW-0882-SCR

17 1735 OLEANDER DRIVE, YUBA CITY,
   CA                                     2:25-SW-0883-SCR
18
   345 OREGON STREET, GRIDLEY, CA         2:25-SW-0884-SCR
19

20

21
        Upon application of the United States of America and good cause having been shown,
22
        IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.
23

24  Dated:  December 11, 2025                    _____
25                                               HONORABLE CHI SOO KIM
                                                 UNITED STATES MAGISTRATE JUDGE
26

27

28

   [PROPOSED] ORDER FOR UNSEALING OF SEARCH
   WARRANTS